No. 6,017.—STATE ON ACCUSATION OF A. A. ALVORD, COUNTY
    ATTORNEY, RESPONDENT, *v.* W. B. RUSSELL, COUNTY
    COMMISSIONER, APPELLANT.

*Appeal from District Court, Sanders County; James M. Self,
Judge.*

Decided March 18, 1927.

PER CURIAM.—Pursuant to stipulation of counsel it is
ordered that the appeal herein be dismissed.

*Messrs. Stewart & Brown,* for Appellant.

*Mr. L. A. Foot,* Attorney General, for Respondent.

———

No. 6,018.—STATE ON ACCUSATION OF A. A. ALVORD, COUNTY
    ATTORNEY, RESPONDENT, *v.* HUGH R. STEVENS, COUNTY
    COMMISSIONER, APPELLANT.

*Appeal from District Court, Sanders County; James M.
Self, Judge.*

Decided March 18, 1927.

PER CURIAM.—Pursuant to stipulation of counsel the
appeal in the above-entitled cause is dismissed.

*Messrs. Stewart & Brown,* for Appellant.

*Mr. L. A. Foot,* Attorney General, for Respondent.